Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| *Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

---

Defendant No. 1

    Name                            _____

    Job or Title *(if known)*    _____

    Street Address               _____

    City and County            _____

    State and Zip Code        _____

    Telephone Number         _____

    E-mail Address *(if known)*   _____

Defendant No. 2

    Name                            _____

    Job or Title *(if known)*    _____

    Street Address               _____

    City and County            _____

    State and Zip Code        _____

    Telephone Number         _____

    E-mail Address *(if known)*   _____

Defendant No. 3

    Name                            _____

    Job or Title *(if known)*    _____

    Street Address               _____

    City and County            _____

    State and Zip Code        _____

    Telephone Number         _____

    E-mail Address *(if known)*   _____

Defendant No. 4

    Name                            _____

    Job or Title *(if known)*    _____

    Street Address               _____

    City and County            _____

    State and Zip Code        _____

    Telephone Number         _____

    E-mail Address *(if known)*   _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

❐ Federal question        ❐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

_____

B.  What date and approximate time did the events giving rise to your claim(s) occur?

_____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiffs' have been slandered by the Defendants and said slander has resulted in a significant loss of revenue and damage to the Plaintiffs' name and reputation. Defendant Zotos purchased an item from the Plaintiffs' on Amazon.com and subsequently posted the following libelous statements about the item she purchased, "This is not authentic Burberry. I have several Burberry scarfs and the tags on this are fake. I will be using my own return process". Defendant Amazon subsequently published the libelous statements. The Plaintiffs requested of both Defendants that the libelous statements be removed. Plaintiffs provided Amazon, at their request, with documentation as to the authenticity of the item in question. Amazon accepted the Plaintiffs' documents and authorized the re-listing of the item but refused to remove the libelous statements posted by Defendant Zotos. A demand letter was sent to Defendant Zotos, via certified mail, to remove the libelous statements, but she has refused to do so.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiffs further pray that the court issue an injunction against Defendants preventing Defendants, and or their agents, from continuing to harm Plaintiffs in the manner set out above in that Plaintiffs' have no other remedy in law or equity and will be irreparably harmed should an injunction not be issued. Plaintiffs ask for such other relief as in law or equity they may be entitled. The material facts in this matter are not in dispute and are supported by the evidence. Defendant Zotos cannot deny posting the libelous statements, and Defendant Amazon cannot deny that they approved the re-listing of the item in question after reviewing the proof of authenticity documents provided by Plaintiffs and subsequently refused to remove the libelous statements. Judgment in favor of Plaintiffs should be granted against both Defendants and entered in the amounts requested.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs request a judgment of and from the Defendants in the sum of five-hundred thousand dollars ($500,000.00) in actual damages for loss of revenue and twenty-five million dollars ($25,000,000.00) as punitive/exemplary damages along with all cost. Plaintiffs further pray that the court will issue an injunction against Defendants preventing Defendants, and or their agents, from continuing to harm Plaintiffs in the manner set out above in that Plaintiffs' have no other remedy in law or equity and will be irreparably harmed should an injunction not be issued. Defendant Zotos posted libelous statements, and Defendant Amazon published the libelous statements. Both Defendants have refused to remove the libelous statements which continue to harm the Plaintiffs to this day. Plaintiffs also ask for such other relief as in law or equity they may be entitled.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff   _____

Printed Name of Plaintiff   _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____